TOTAL TIME: ___ hours **40** minutes    HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**    RPTR/ERO/TAPE **Catucci**

DATE **12·10·03**    START TIME **2:45**    END TIME **3:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv1918 (SRU)**

**Soderlund**
vs.
**Merigan, et al**

**Bruce Chaplin**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Deborah Moore**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrg.) Motion Hearing
- ☐ (conthrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ **52** Motion **to Dismiss** — ☐ granted ☑ denied ☐ advisement / ☑ in part ☑ in part
☑ **52** Motion **for More Definite Statement** — ☑ granted ☐ denied ☐ advisement
___ Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
___ Oral Motion _____ — ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☑ **Proposed Scheduling Order Due by 12·20·03**

___ Hearing continued until _____ at _____