01CV1918AMDRPT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 30  P 12: 06

| | |
|---|---|
| SANDRA SODERLUND<br>Plaintiff<br><br>V.S.<br><br>JANICE MERIGAN, JAMES MROCZKA,<br>OFFICERS IN THE POLICE DEPT OF THE<br>CITY OF MERIDEN<br>THE CITY OF MERIDEN<br><br>Defendant(s) | CIVIL ACTION NO.<br><br>301-CV-1918(SRU)<br><br><br><br><br><br><br>DECEMBER 12, 2003 |

**AMENDED JOINT REPORT**

The parties hereby Amend their Joint Report as follows:

*E.   Discovery.*

The parties propose that all discovery including interrogatories and depositions be completed by April 1, 2004.

*F.   Dispositive Motions.*

        Discovery motions:        April 1, 2004
        Motions pursuant to Rule 56:  May 15, 2004

THE PLAINTIFF

Bruce A. Chaplin
208 Main Street
Durham CT 06422
860/349-0528
Federal Bar CT 05675

THE DEFENDANTS

Deborah L. Moore
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450
Federal Bar CT 05739
Date Dec. 22, 2003

MOTION GRANTED.
SO ORDERED.