SANDRA SODERLUND )
    Plaintiff )     **CIVIL ACTION NO.**
  ) **301-CV-1918 (SRU)**
V.S. )
  )
JANICE MERIGAN,  JAMES MROCZKA, )
OFFICERS IN THE POLICE DEPT OF THE )
CITY OF MERIDEN )
THE CITY OF MERIDEN )
    Defendant(s) )
  )     **MARCH 25, 2004**

## MOTION FOR ORDER

On March 2, 2004, a deposition was held of Assistant Attorney Jason Germain.  Mr.

Germain was subpoenaed and his deposition was taken, as he was the Assistant State's Attorney

who handled the matter of January 27, 2001 when Sandra Soderlund was arraigned in court after

being falsely arrested and on March 8, 2000 the day her arrest warant was vacated.  Mr. Germain

was represented by counsel at said deposition. Namely, Elizabeth Bodine, Esq.  The notice of

deposition and subpoena are attached as Exhibit A. Mr. Germain failed to bring any file from the

State's Attorneys office relating to Sandra Soderlund Docket CR98-189485 and MV98-0438991.

Specifically, he failed to bring a copy of the warrant. The original warrant for Failure to Appear

was ordered on January 21, 2000. It would be helpful in this case. The plaintiff's attorney has

subpoenaed records from the criminal clerk's office (Exhibit B) and has subpoenaed records from

the records division for the State of Connecticut where records are stored. (Exhibit C).

Both have failed to produce a copy of the warrant for the Failure to Appear. The clerk has

testified that the procedure for a warrant for Failure to Appear is that after a judge orders the

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

warrant for Failure to Appear, the clerk's office prepares this warrant and holds it for five days.

After five days, the warrant is signed by the clerk and given to the State's Attorneys office and the

State's Attorneys office brings the warrant to the judge's chambers where it is signed by a judge.

The State's Attorneys office then gives this warrant to the Meriden Police Department .

    We know that the warrant was delivered to the Meriden Police Department, because

Sandra Soderlund was arrested based upon this warrant being entered into the NCIC computer

system and the Cheshire Police Department holding Soderlund based on this warrant. (Exhibit D

Cheshire police record)

    Wherefore, the plaintiff seeks an Order to the State's Attorneys office that said file, and in

particular, the Failure to Appear warrant in file CR98-189485 and MV98-0438991 be produced.


                                    THE PLAINTIFF

                                BY
                                    Bruce A. Chaplin
                                    208 Main Street
                                    Durham CT 06422
                                    Tel: 860-349-0528
                                    Fed. Bar No. 05675

## ORDER

The foregoing Motion, having been duly heard, it is hereby

ORDERED:                                    **GRANTED//DENIED**


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this

the 3/27 day of March, 2004 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

Elizabeth Bodine, Esq.
Chief State's Attorney Office
300 Corporate Place
Rocky Hill 06067

Bruce A. Chaplin

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SODERLUND | ) |
| **Plaintiff** | ) **CIVIL ACTION NO.** |
| | ) |
| V.S. | ) **301-CV-1918(SRU)** |
| | ) |
| JANICE MERIGAN,  JAMES MROCZKA, | ) |
| OFFICERS IN THE POLICE DEPT OF THE | ) |
| CITY OF MERIDEN | ) |
| THE CITY OF MERIDEN | ) |
| **Defendant(s)** | ) **JANUARY 28, 2004** |

------------------------------------------------------------

### NOTICE OF DEPOSITION

TO:    Jason Germain
       Superior Court GA 7
       Judicial District at Meriden
       54 West Main Street
       Meriden CT 06451


NOTICE IS HEREBY GIVEN that on **Tuesday, March 2, 2004 at 10:00 am.**    at the

law office of Bruce A. Chaplin, 208 Main Street, Durham, Connecticut, the undersigned will take

the deposition of  Jason Germain                        before a certified court reporter, or

other competent authority, to be used in the trial of this matter. The deposition will continue day

to day until completed.

Complete file State vs. Sandra Soderlund CR98- 189485 and MV98-0438991.

Any corrospondence with the Meriden Police or it's Chief regarding procedures when a

notice to vacate an arrest warrant is ordered by the court.



PLAINTIFF'S
EXHIBIT
Germain 4
3-2-04

You are invited to attend and cross-examine.

Dated at Durham, Connecticut this 28 day of January, 2004.

BY_____

Bruce A. Chaplin
208 Main Street
Durham CT 06422
Juris No. 101593
860/349-0528
ATTORNEY FOR PLAINTIFF

## CERTIFICATION

I hereby certify that I have caused to be served this   28   day of January 2004 the above and

foregoing Notice of Deposition, by United States Mail, postage pre-paid on the following counsel

and pro se parties of record:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

_____
Bruce A. Chaplin

cc to:

Sanders, Gale & Russell
Court Reporters
437 Orange Street
New Haven, CT 06511

## Issued by the
## UNITED STATES DISTRICT COURT

———————————— DISTRICT OF ————————————

Sandra  Soderlund

### V.

Janice Merigan, James Mroczka
Officers in the Meriden Police Dept.
City of Meriden

TO:   Jason Germain, Esq.
54 West Main St.
Meriden,Ct. 06451

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:  [1]

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law  Office  of Bruce A. Chaplin<br>208 Main Street, Durham, Ct. 06422 | March 2, 2004<br>10:00 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Complete file  Sandra Soderlund   Cr 98-189485 and MV98-0438991

Any corrospondencewith the Meriden Police or it's Chief regarding procedures when a notice to  vacate is ordered by the court.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Bruce A. Chaplin  Attorney for Plaintiff | January 28, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
208 Main St, Durham, CT 06422    860.349-0528

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## OFFICER'S RETURN

**STATE OF CONNECTICUT**

ss:        **Waterbury**              **February 25, 2004**

**COUNTY OF NEW HAVEN**

Then and there by virtue hereof, I read the Federal Notice of Deposition, Certification, and Subpoena, in the presence and hearing of the within named, **JASON GERMAIN, SUPERIOR COURT GA 7, JUDICIAL DISTRICT AT MERIDEN,** by leaving with and in his hands, 400 Grand Street, in the Town of Waterbury, and paid the legal fee required by law.

ATTEST:

TIMOTHY S. WALL
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
| | | |
|---|---|---|
| Service Fee | $ | 30.00 |
| Copies | | 3.00 |
| Endorsement | | .80 |
| Travel | | 17.17 |
| TOTAL | $ | 50.97 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SODERLUND )<br>    Plaintiff )<br>    )<br>V.S.    )<br>    )<br>JANICE MERIGAN,  JAMES MROCZKA, )<br>OFFICERS IN THE POLICE DEPT OF THE )<br>CITY OF MERIDEN )<br>THE CITY OF MERIDEN )<br>    Defendant(s) ) | CIVIL ACTION NO.<br><br>301-CV-1918(SRU)<br><br><br><br>JANUARY 28, 2004 |

## NOTICE OF DEPOSITION

TO:    Gerri Duggan
          Superior Court GA 7
          Judicial District at Meriden
          54 West Main Street
          Meriden CT 06451

NOTICE IS HEREBY GIVEN that on **Tuesday, March 2, 2004 at 10:00 ,m.**   at the

law office of Bruce A. Chaplin, 208 Main Street, Durham, Connecticut, the undersigned will take

the deposition of Gerri Duggan, Deputy Chief Clerk, GA 7   before a certified court reporter, or

other competent authority, to be used in the trial of this matter. The deposition will continue day

to day until completed.

Complete file State vs. Sandra Soderlund CR98- 189485 and MV98-0438991.

Any corrospondence with the Meriden Police or it's Chief regarding procedures when a

notice to vacate an arrest warrant is ordered by the court.


PLAINTIFF'S
EXHIBIT
Duggan 1
3-2-04 pl

You are invited to attend and cross-examine.

Dated at Durham, Connecticut this ___ day of January, 2004.

BY _____

Bruce A. Chaplin
208 Main Street
Durham CT 06422
Juris No. 101593
860/349-0528
ATTORNEY FOR PLAINTIFF

## CERTIFICATION

I hereby certify that I have caused to be served this   28   day of January 2004 the above and

foregoing Notice of Deposition, by United States Mail, postage pre-paid on the following counsel

and pro se parties of record:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

_____
Bruce A. Chaplin

cc to:

Sanders, Gale & Russell
Court Reporters
437 Orange Street
New Haven, CT 06511

## Issued by the
# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Sandra   Soderlund

### V.

Janice Merigan, James Mroczka
Officers in the Meriden Police Dept.
City of Meriden

# SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1]

TO:  Gerri Duggan
     54 West Main St.
     meriden, Ct.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | **DATE AND TIME** |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law  Office  of Bruce A. Chaplin<br>208 Main Street, Durham, Ct. 06422 | March 2, 2004<br>10:00 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| | |
|---|---|
| Complete file State vs Sandra Soderlund  CR 98-189485 and MV98-0438991<br>Any corrospondebce with the Meriden Police or it's chief regarding<br>procedures when a notice to vacate an arrest warrant is ordered by<br>the court.<br>**PLACE** | **DATE AND TIME** |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Bruce A. Chaplin   Attorney for Plaintiff | January 28, 2004 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>208 Main St, Durham, CT 06422  860-349-0522 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## OFFICER'S RETURN

**STATE OF CONNECTICUT**

ss:        **Meriden**                    **February 25, 2004**

**COUNTY OF NEW HAVEN**

Then and there by virtue hereof, I read the Federal Notice of Deposition, Certification, and Subpoena, in the presence and hearing of the within named, **GERRI DUGGAN, SUPERIOR COURT GA 7, JUDICIAL DISTRICT AT MERIDEN,** by leaving with and in his hands, 54 West Main Street, in the Town of Meriden, and paid the legal fee required by law.

ATTEST:

TIMOTHY S. WALL
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
| | | |
|---|---|---|
| Service Fee | $ | 30.00 |
| Copies | | 3.00 |
| Endorsement | | .80 |
| Travel | | 4.56 |
| Witness Fee | | 50.00 |
| TOTAL | $ | 88.36 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SODERLUND ) | |
|    Plaintiff ) | CIVIL ACTION NO. |
| ) | |
| V.S. ) | 301-CV-1918(SRU) |
| ) | |
| JANICE MERIGAN,  JAMES MROCZKA, ) | |
| OFFICERS IN THE POLICE DEPT OF THE ) | |
| CITY OF MERIDEN ) | |
| THE CITY OF MERIDEN ) | |
|    Defendant(s) ) | January 28, 2004 |

------------------------------------------------------------------

## NOTICE OF DEPOSITION

TO:   *Superior Court*
Keeper of Records
Records Center
111 Phoenix Ave.
Enfield, CT. 06082

NOTICE IS HEREBY GIVEN that on **Tuesday, March 2, 2004 at 10:00 a.m.**   At the law office of Bruce A. Chaplin, 208 Main Street, Durham, Connecticut, the undersigned will take the deposition of the Keeper of Records,  before a certified court reporter, or other competent authority, to be used in the trial of this matter. The deposition will continue day to day until completed.

Deponent shall bring or deliver prior to said date a copy of the complete file of State vs. Sandra Soderlund CR98-189485 DOB 1/31/61, date of arrest 8/14/98, disposition approx. March 2000.

You are invited to attend and cross-examine.

Dated at Durham, Connecticut this ²⁷ day of January, 2004.

BY _____

Bruce A. Chaplin
208 Main Street
Durham CT 06422
Juris No. 101593
860/349-0528
ATTORNEY FOR PLAINTIFF

## CERTIFICATION

I hereby certify that I have caused to be served this ²⁷ day of January, 2004 the above and

foregoing Notice of Deposition, by United States Mail, postage pre-paid on the following counsel

and pro se parties of record:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

_____
Bruce A. Chaplin

cc to:

Sanders, Gale & Russell
Court Reporters
437 Orange Street
New Haven, CT 06511

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

——————— DISTRICT OF ———————

Sandra  Soderlund

### V.

Janice Merigan, James Mroczka
Officers in the Meriden Police Dept.
City of Meriden

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1]

TO:   *Superior Court Records Center*
Record Keeper'Records Center
111  Phoenix Ave
Enfield, Ct. 06082

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law  Office  of Bruce A. Chaplin<br>208 Main Street, Durham, Ct. 06422 | March 2, 2004<br>10:00 am |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Complete file of State vs. Sandra Soderlund Cr98 189485 DOB  1/31/61
DAte arrest 8/14/98 *disposition approx March 2000.*

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Bruce A. Chaplin  Attorney for Plaintiff | January 28, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
*208 Main St, Durham, CT 06422  860-349-0528*

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

Case No. 01001070

| Case No.<br>01001070 | **CHESHIRE POLICE DEPARTMENT**<br>*Initial Incident Report* | | | | | | ORI No.<br>CT0002500 |
|---|---|---|---|---|---|---|---|

| Date Reported<br>01/27/2001 | Day<br>SAT | Time Reported<br>16:49 | Date Occurred<br>01/27/2001 | Day<br>SAT | Time Occurred<br>16:49 | Location of Incident<br>JINNYHILL&RADME RE | Subsector<br>040 |
|---|---|---|---|---|---|---|---|

| Incident/Offense(s)<br>1) WANTED PERS OTHTWN | Attmpt/Compl? | Family Violence? | Gang Related? | Bias Involved?<br>UNKNOWN |
|---|---|---|---|---|

### ARRESTEES

| Arrestee Name<br>SODERLUND, SANDRA L. | Adult/Juvenile<br>ADULT | Sex<br>FEMALE | Race<br>WHITE | D.o.B.<br>01/31/1961 | Ethnic Origin<br>UNKNWN | ID No.<br>34316 |
|---|---|---|---|---|---|---|

| Address<br>116 SOUTH CHERRY ST | Town/State<br>WALLINGFORD | CSBI No. | FBI No. |
|---|---|---|---|

| Arrest Type<br>ONVIEW | Arrest Date<br>01/27/2001 | Time<br>16:49 | Arrest Location<br>JINNYHILLRD&RADME RE | Subsector<br>040 | Infraction No. | Misdemeanor No. | UAR No. |
|---|---|---|---|---|---|---|---|

| Charge(s)<br>1) TOT ARREST OT AGCY | Connecticut Statute<br>USE REMRKS | Class | Court Date |
|---|---|---|---|

### CASE MANAGEMENT

Referrals

| Case Status<br>CLEARED BY ARREST | Status Date<br>01/27/2001 | Exceptional Clearance Reason<br>NOT APPLICABLE | Photographs? | Fingerprints? | Statements? | Tapes? |
|---|---|---|---|---|---|---|

### NARRATIVE

ON 01-27-01 AT 1649 hrs THIS OFFICER WAS ON ROUTINE PATROL ON SOUTH
MAIN ST AND CHECKED THE REGISTRATION OF CT/621PMN. ACCORDING TO DMV
RECORDS, THE REGISTRERD OWNER OF THE VEHICLE, SANDRA SODERLUND (DOB
01-31-61), WAS SHOWING A WARRANT FOR HER ARREST OUT OF MERIDEN P.D.
THIS OFFICER STOPPED THE VEHICLE ON JINNY HILL RD NEAR RADMERE RD AND
IDENTIFIED THE OPERATOR BY HER CT OPERATOR'S NUMBER AS SANDRA
SODERLUND. THE WARRANT WAS CONFIRMED BY CPD DISPATCH WITH MERIDEN
P.D. AND SODERLUND WAS TAKEN INTO CUSTODY. SHE WAS TRANSPORTED TO CPD
HEADQUARTERS WHERE SHE WAS PROCESSED AND PLACED IN THE HOLDING CAGE.
MERIDEN P.D. RESPONDED AT 1815 hrs AND SODERLUND WAS TURNED OVER TO
THAT AGENCY.

CERTIFIED COPY
_neshire Police Department

by *Tracey Benson*
*Records* Date: 4/25/03
*Secretary*

### NOTARIZATION

The undersigned, an officer of the Cheshire Police Department, having been duly sworn, deposes and says: That I am the officer who prepared the attached police report pertaining to this Case Number, that the information contained therein was secured as a result of: (1) my personal observation and knowledge; or (2) information relayed to me by other members of my police department or of another organized police department; or (3) information secured by myself or another member of an organized police department from the person or persons named or identified therein, as indicated in the attached report, that the report is an accurate statement of the information so received by me.

| Attest: Officer (Written Signature) | Officer (Name and ID No.)<br>O'DONNELL, K  OFF (042) | Date<br>1-27-01 |
|---|---|---|

Subscribed and sworn to me on this ____ day of ____ 2001    State of Connecticut, County of New Haven.

| Supervisor's Written Signature | Supervisor (print name) | Rank |
|---|---|---|