# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
**APPEARANCE**

2004 APR 26  P 2: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SANDRA SODERLUND,
    Plantiff

v.

JANICE MERIGAN, ET AL
    Defendant(s)

**CASE NUMBER:**  3:01-CV-1918(SRV)

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**    The Office of the Chief State's Attorney in the person of Assistant State's Attorney Jason Germain.

| | |
|---|---|
| April 22, 2004 | _signature_ |
| **Date** | **Signature** |
| ct16349 | Elizabeth Bodine |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 258-5800 | Office of the Chief State's Attorney |
| **Telephone Number** | **Address** |
| | 300 Corporate Place, Rocky Hill, CT  06067 |

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

1.    Attorney Bruce Chaplin
        208 Main Street
        Durham, CT 06422

2.    Attorney Deborah L. Moore, Esq.
        Corporation Counsel
        City of Meriden
        142 East Main Street
        Meriden, CT  06450

                                   **Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**

Appearance.frm.feb.96