**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **SANDRA SODERLUND** | : | **CIVIL ACTION** |
| **PLAINTIFF** | : | |
| | : | |
| **VS.** | : | **CASE NO. 3:01CV1918 (SRU)** |
| | : | |
| **JANICE MERRIGAN, ET AL** | : | |
| **DEFENDANTS** | : | **MAY 5, 2004** |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A**
**SUMMARY JUDGMENT MOTION**

The Defendants, Janice Merrigan, James Mroczka and the City of Meriden hereby respectfully move for an additional 30 days from May 15, 2004, until June 15, 2004 to file their motion for summary judgment in the above captioned matter.

In accordance with L.Civ.R. 9(b), and in support of this motion, the Defendants represent as follows:

1.    The deposition of the Plaintiff, Ms. Soderlund was originally noticed for Friday March 5, 2004. It was moved to March 25, 2004 because Ms. Soderlund was out of town on the original date. It was reasonably believed that this continuance would not interfere with the filing deadlines established in this matter.

2.      However, the transcript of Ms. Soderlund's deposition did not arrive in the undersigned's office until yesterday, May 4, 2004.

3.      Inasmuch as the Plaintiff's deposition testimony plays a large part of this action, and will be relied upon in the summary judgment motion and memorandum, the arrival of the transcript only yesterday does not give the undersigned adequate time to prepare a motion for summary judgment and the accompanying documents.

4.      The undersigned inquired of opposing counsel's office with regard to this motion.  While the opposing counsel is on trial and unavailable, his staff represented that there would be no objection to this request.  Past requests for extensions of time from either counsel in this matter have never been objected to.

5.      This is the first such motion for extension of time with respect to the Motion for Summary Judgment.


WHEREFORE, the Defendants respectfully request that this Motion for Extension of Time to file their summary judgment motion and accompanying documents be granted until June 15, 2004.

2

THE DEFENDANTS
JANICE MERRIGAN
JAMES MROCZKA
CITY OF MERIDEN


By:_____/S/

        Deborah L. Moore
        Their Attorney
        City of Meriden Legal Department
        City Hall
        142 East Main Street
        Meriden, CT  06450
        Telephone:  (203) 630-4045
        Facsimile:  (203 630-7907
        Email:  dmoore@ci.meriden.ct.us
        Juris No. CT17792


## CERTIFICATION

      This is to certify that on the 5th day of May, 2004, a copy of the foregoing was mailed, postage prepaid, to the following:

      **Bruce Chaplin, Esq.,** 208 Main Street, Durham, CT 06422


        _____/S/
        Deborah L. Moore
        City of Meriden Legal Department
        City Hall
        142 East Main Street
        Meriden, CT  06450
        Telephone:  (203) 630-4045
        Facsimile:  (203 630-7907
        Email:  dmoore@ci.meriden.ct.us
        Juris No. CT17792

3