UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 24  P 12: 45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SANDRA SODERLUND )<br>    Plaintiff                              )<br>                                         )<br>V.S.                                         )<br>                                         )<br>JANICE MERIGAN, JAMES MROCZKA, )<br>                                         )<br>THE CITY OF MERIDEN        )<br>    Defendant(s)                         )<br>                                         ) | CIVIL ACTION NO.<br><br>301-CV-1918(SRU)<br><br><br><br>JUNE 22, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant has filed a Motion for Summary Judgment dated June 16, 2004. The plaintiff seeks an Extension of Time of 30 days to reply to said Motion for Summary Judgment.

Wherefore, the plaintiff seeks until August 16, 2004 to file his Motion and Brief objecting to the Motion for Summary Judgment.

The defendant does not object to this Motion for Extension of Time.

                                              THE PLAINTIFF

                                              BY_____
                                              Bruce A. Chaplin
                                              208 Main Street
                                              Durham CT 06422
                                              860-349-0528
                                              Fed Bar ct05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## ORDER

The foregoing Objection, having been duly heard, it is hereby

ORDERED:                          **GRANTED/DENIED**

                                       BY THE COURT

_____
Judge/Assistant Clerk

## CERTIFICATION

I, Bruce A. Chaplin, hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 22 day of June 2004 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

_____
Bruce A. Chaplin