UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JUL 28 A 11: 51

U.S. DISTRICT COURT

| | |
|---|---|
| SANDRA SODERLUND )<br>Plaintiff ) | CIVIL ACTION NO. |
| ) | |
| V.S. ) | 301-CV-1918(SRU) |
| ) | |
| JANICE MERIGAN, JAMES MROCZKA, ) | |
| ) | |
| THE CITY OF MERIDEN ) | |
| Defendant(s) ) | JULY 27, 2004 |
| ) | |

## SECOND MOTION FOR EXTENSION OF TIME

The defendant has filed a Motion for Summary Judgment dated June 16, 2004. The plaintiff seeks an additional Extension of Time of 15 days to reply to said Motion for Summary Judgment.

Wherefore, the plaintiff seeks until August 31, 2004 to file his Motion and Brief objecting to the Motion for Summary Judgment.

The defendant does not object to this Motion for Extension of Time.

THE PLAINTIFF

BY _____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
860-349-0528
Fed Bar ct05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## ORDER

The foregoing Objection, having been duly heard, it is hereby

ORDERED:                                    **GRANTED/DENIED**

                                            BY THE COURT

                                            _____
                                            Judge/Assistant Clerk

## CERTIFICATION

I, Bruce A. Chaplin, hereby certify that a copy of the foregoing was mailed, postage prepaid on this the 27th day of July 2004 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

_____
Bruce A. Chaplin