UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA SONDERLAND | : | CIVIL ACTION |
| PLAINTIFF | : | |
| | : | |
| VS. | : | CASE NO. 3:01CV1918 (SRU) |
| | : | |
| JANICE MERRIGAN, ET AL. | : | |
| DEFENDANTS | : | SEPTEMBER 10, 2004 |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF**

The defendants, Janice Merrigan, James Mroczka and the City of Meriden hereby respectfully move for an additional 10 days from September 10, 2004, until September 20, 2004 to file their reply brief to the plaintiff's objection to the defendants' Motion for Summary Judgment.

In accordance with L.Civ.R. 9(b), and in support of this motion, the defendants represent as follows:

1. The plaintiff's Objection for Summary Judgment, dated August 26, 2004 was received in this office on August 31, 2004.

2. The plaintiff's brief, statement of the facts and supporting documents are voluminous and have raised numerous complex issues that require further in depth research to adequately reply to the plaintiff's objection to the Defendant's Motion for Summary Judgment.

3. The undersigned left a message at the office of the plaintiff's counsel with notice of this request. Past requests for extensions of time from either party in this matter have never been objected to.

1

4. This is the first such motion for extension of time with respect to the Defendants' Reply to the Plaintiff's Objection to the Motion for Summary Judgment.

**WHEREFORE**, the defendants respectfully request that this Motion for Extension of Time to file their Reply to the Plaintiff's Objection to the Motion for Summary Judgment be granted until September 20, 2004.

        THE DEFENDANTS
        JANICE MERRIGAN
        JAMES MROCZKA
        CITY OF MERIDEN


By:_____ /s/_____
    Deborah L. Moore
    Their Attorney
    City of Meriden Legal Department
    City Hall
    142 East Main Street
    Meriden, CT  06450
    (203)630-4045
    (203)630-7907
    dmoore@ci.meriden.ct.us
    Juris No. ct17792

## CERTIFICATION

This is to certify that on the 10th day of September, 2004, a copy of the foregoing was mailed, postage prepaid, to the following: **BRUCE CHAPLIN, ESQ.,** 208 Main Street, Durham, CT 06422.

_____/s/_____
Deborah L. Moore