UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 12  P 12: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SANDRA SODERLUND<br>Plaintiff | :<br>: CIVIL ACTION<br>: |
| Vs. | : CASE NO. 3:01CV1918 (SRU) |
| JANICE MERIGAN, JAMES MROCZKA,<br>OFFICERS IN THE POLICE DEPT OF THE<br>CITY OF MERIDEN<br>THE CITY OF MERIDEN<br>Defendant(s) | :<br>:<br>:<br>:<br>: JANUARY 7, 2005 |

## MOTION FOR EXTENSION OF TIME

The Court has scheduled a Motion Hearing on January 18, 2005 at 10:00 a.m. in Courtroom One, Bridgeport before Judge Stefan R. Underhill.

The plaintiff requests an extension of time until the morning of January 25, 2005. This attorney is on vacation on said date.

The defendants have no objection to this Motion for Extension of Time.

THE PLAINTIFF

BY _____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
Tele: 860-349-0528
Fed Bar No. 05675

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

## ORDER

The foregoing Motion having been heard, it is hereby

ORDERED:                                    **GRANTED//DENIED**

BY THE COURT

_____
Judge///Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, on this the 7th day of January 2005 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

Michael O'Hara
Office of the Chief States Attorney
300 Corporate Place
Rocky Hill CT 06067

_____
Bruce A. Chaplin