**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SANDRA SODERLUND | : | |
| | : | |
| | : | |
| v. | : | No. 3:01 CV 1918 (SRU) |
| | : | |
| JANICE MERIGAN, et al | : | |

**ORDER**

With the consent of all parties, the Plaintiff's social security number, which appears in certain exhibits filed with the court, will be blacked out on the original exhibits filed with the court.

So ordered.

Dated at Bridgeport, Connecticut this 28th day of January 2005.

      /s/ Stefan R. Underhill
      Stefan R. Underhill
      United States District Judge