UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SANDRA SODERLUND

        v                      3:01CV1918 (SRU)

JANICE MERIGAN, JAMES MROCZKA,
OFFICERS IN THE POLICE DEPT
OF THE CITY OF MERIDEN,
THE CITY OF MERIDEN

## Judgment

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after a hearing held on January 25, 2005, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of January, 2005.

                              KEVIN F. ROWE, Clerk

                              By /s/ Alice Montz
                                    Deputy Clerk

Entered on Docket _____