FORM 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED 2005 FEB -7 P 1:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Sandra Soderlund

v.

CIVIL CASE NO. 3:01CV1918 (SRU)

Janice Merigan, James Mroczka,
Officers in the Police Dept
of the City of Meriden
The City of Meriden

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __the plaintiff__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
   Granting of Motion for Summary Judgement Count One as it applies to

   Janice Merigan and the derivative liability of the Town under Count Five.

2. The Judgment /Order in this action was entered on __1/25/05__.
   (date)

_____
Signature

Bruce A. Chaplin
Print Name

208 Main Street

Durham CT 06422
Address

Date: 2-3-05

860/349-0528
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, on this the 3 day of February 2005 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

Michael O'Hara
Office of the Chief States Attorney
300 Corporate Place
Rocky Hill CT 06067

Bruce A. Chaplin