UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -7 P 1:07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SANDRA SODERLUND,<br>Plaintiff | )<br>)  CIVIL ACTION NO.<br>)  301CV-1918 (SRU)<br>) |
| v. | ) |
| JANICE MERIGAN, JAMES MROCZKA,<br>OFFICERS IN THE POLICE DEPT OF THE<br>CITY OF MERIDEN<br>THE CITY OF MERIDEN,<br>Defendant(s) | )<br>)<br>)<br>)<br>)  FEBRUARY 5, 2005 |

## NOTICE OF ORDER

Pursuant to Rule 10 the plaintiff hereby requests a Record on Appeal be forwarded to the Circuit Court. A Notice of Appeal has been filed. The Record should contain the last Amended Complaint, Answer, Defendant's Motion for Summary Judgment and numbered exhibits, Plaintiff's Objection to Motion for Summary Judgment and lettered exhibits, and Defendant's Response .

THE PLAINTIFF

BY /s/ Bruce A. Chaplin
Bruce A. Chaplin
208 Main Street
Durham CT 06422
Tele: 860/349-0528
Fed Bar ct05675

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, on this the 17th day of February 2005 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

Michael O'Hara
Office of the Chief States Attorney
300 Corporate Place
Rocky Hill CT 06067

Bruce A. Chaplin