UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -7 P 1:07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SANDRA SODERLUND,<br>    Plaintiff | )<br>)  CIVIL ACTION NO.<br>)  301CV-1918 (SRU) |
| v. | )<br>) |
| JANICE MERIGAN, JAMES MROCZKA,<br>OFFICERS IN THE POLICE DEPT OF THE<br>CITY OF MERIDEN<br>THE CITY OF MERIDEN,<br>    Defendant(s) | )<br>)<br>)<br>)<br>)  FEBRUARY 5, 2005 |

### STATEMENT OF ISSUES

This attorney represents the plaintiff in this matter. The plaintiff appeals the granting of the Motion for Summary Judgment as to Count One and any derivative liability as stated in Count Five. Specifically:

Did Janice Merigan cause a violation of the plaintiff's Fourth Amendment rights under the U.S. Constitution?

If defendant violated the plaintiff's Fourth Amendment rights is the Town of Meriden subject to derivative liability?

THE PLAINTIFF

BY /s/ Bruce A. Chaplin
Bruce A. Chaplin
208 Main Street
Durham CT 06422
Tele: 860/349-0528
Fed Bar ct05675

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed postage prepaid, on this the 5 day of February 2005 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

Michael O'Hara
Office of the Chief States Attorney
300 Corporate Place
Rocky Hill CT 06067

Bruce A. Chaplin