UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2005 FEB 16  P 12: 49

| | |
|---|---|
| SANDRA SODERLUND,<br>    Plaintiff | )<br>)  CIVIL ACTION NO.<br>)  301CV-1918 (SRU) |
| v. | )<br>) |
| JANICE MERIGAN, JAMES MROCZKA,<br>OFFICERS IN THE POLICE DEPT OF THE<br>CITY OF MERIDEN<br>THE CITY OF MERIDEN,<br>    Defendant(s) | )<br>)<br>)<br>)<br>)  FEBRUARY 11, 2005 |

## INDEX TO RECORD ON APPEAL

|  | No. of pages |
|---|---|
| Certified Copy of docket sheet | 9 |

|  | Document No. |
|---|---|
| Fourth Amended Complaint | 51 |
| Defendant's Motion for Summary Judgment | 65 |
| Defendant's Memorandum in Support of Motion for Summary Judgment | 66 |
| Plaintiff's Objection to Motion for Summary Judgment and all attachments and memorandum in support, all exhibits in bound form | 71 |
| Plaintiff's Statement of Material Facts | 72 |
| Defendant's Reply to Response Re: Motion for Summary Judgment | 75 |
| Response to Statement of Facts | 76 |
| Oral Order in Open Court on the Record | 83 |

| | |
|---|---|
| Judgment | 85 |
| Notice of Appeal | 86 |

THE PLAINTIFF

BY_____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
Tel: 860/349-0528
Fed Bar ct05675

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid, on this the _____ day of February 2005 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

_____
Bruce A. Chaplin

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA SODERLUND,<br>    Plaintiff<br><br>v.<br><br>JANICE MERIGAN, JAMES MROCZKA,<br>OFFICERS IN THE POLICE DEPT OF THE<br>CITY OF MERIDEN<br>THE CITY OF MERIDEN,<br>    Defendant(s) | CIVIL ACTION NO.<br>301CV-1918 (SRU)<br><br><br><br><br><br><br>FEBRUARY 14, 2005 |

### STATEMENT OF ISSUES

This attorney represents the plaintiff in this matter. The plaintiff appeals the granting of the Motion for Summary Judgment as to Count One and any derivative liability as stated in Count Five. Specifically:

Did Janice Merigan cause a violation of the plaintiff's Fourth Amendment rights under the U.S. Constitution?

If defendant violated the plaintiff's Fourth Amendment rights is the Town of Meriden subject to derivative liability?

THE PLAINTIFF

BY_____
Bruce A. Chaplin
208 Main Street
Durham CT 06422
Tele: 860/349-0528
Fed Bar ct05675

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid, on this the 15 day of February 2005 to:

Deborah L. Moore, Esq.
City of Meriden
Department of Law
142 East Main Street
Meriden CT 06450

Bruce A. Chaplin