# DISTRICT OF CONNECTICUT - BRIDGEPORT
# NOTICE OF APPEAL COVER MEMO

**DATE:** February 9, 2005        **TO:** Intake Clerk

                                  **FROM:** Tasha Simpson    203.579.5657

**CASE TITLE:**        Soderlund v. Merigan, et al

**DOCKET NO.:**        3:01 cv 1918 (SRU)

**NOTICE OF APPEAL:**  filed: February 7, 2005

**APPEAL FROM:**       final judgment: __

                       interlocutory: __

                       other: Order granting Motion for Summary Judgment ( Doc. # 83 )

**DOCKET SHEET:**      Attorney, updated address & phone number for each party  Y

                       All parties are listed on Docket Sheet
                       (Including Third Parties)  Y

                       All docket entries and dates are included  Y

**FEE STATUS:**        Paid ✓        Due ____        N/A ____

                       IFP revoked ____        Application Attached ____

                       IFP pending before district judge ____

**COUNSEL:**           CJA ____        Retained ✓        Pro Se ____

**TIME STATUS:**       Timely ✓        Out of Time ____

**MOTION FOR
EXTENSION OF TIME:**   Granted ____        Denied ____

**COA:**               Granted ____        Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _S.P._  DATE: 2-15-05
DEPUTY CLERK, USCA

USCA No. _____.

*[FILED stamp: 2005 FEB 25 P: 0_, U.S. DISTRICT COURT, BRIDGEPORT]*