# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SANDRA SODERLUND )
   Plaintiff )
    ) CIVIL ACTION NO.
v. ) 301CV-1918 (SRU)
    )
JANICE MERIGAN, JAMES MROCZKA, )
OFFICERS IN THE POLICE DEPT OF THE )
CITY OF MERIDEN )
THE CITY OF MERIDEN, )
   Defendant(s) ) FEBRUARY 11, 2005

## INDEX TO RECORD ON APPEAL

| | No. of pages |
|---|---|
| Certified Copy of docket sheet | 9 |

| | Document No. |
|---|---|
| Fourth Amended Complaint | 51 |
| Defendant's Motion for Summary Judgment | 65 |
| Defendant's Memorandum in Support of Motion for Summary Judgment | 66 |
| Plaintiff's Objection to Motion for Summary Judgment and all attachments and memorandum in support, all exhibits in bound form | 71 |
| Plaintiff's Statement of Material Facts | 72 |
| Defendant's Reply to Response Re: Motion for Summary Judgment | |
| Response to Statement of Facts | |
| Oral Order in Open Court on the Record | 83 |

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

U.S. DISTRICT COURT
NEW HAVEN, CT
DATE: 2/28/05

ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

FILED 2005 FEB 16 P 12:49 U.S. DISTRICT COURT