CT/NH

**FILED**

2005 MAR 14 P 2: 36

U.S. DISTRICT COURT
NEW HAVEN, CT



# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**Roseann B. MacKechnie**                 **General Information**
**Clerk**                                                                      (212) 857-8760

**COURT OF APPEALS DOCKET #** 05-0720-cv

Dear Deputy Appeals Clerk,

      Just a reminder that we are involved in the project which permits the District Court to retain certain records even after an appeal has been taken to the Court of Appeals. This project is limited to records in counseled civil, US civil, and Bankruptcy cases. (Please note that records in all <u>pro-se</u> cases, and all <u>counseled</u> prisoner appeals with 2000 series docket numbers <u>are required</u> to be filed with this Court.)

      Please have an index to this record prepared in accordance with your regular procedure. Send to the Court of Appeals three (3) copies of the Certified Index as you have been in the past. Please, DO NOT SEND THE RECORD ITSELF UNTIL IT IS SPECIFICALLY REQUESTED BY THIS OFFICE.

      We also remind you that while the record is not needed right now, it may be necessary to call for it sometime in the future. You have agreed that when contacted you will forward the record to the Court of Appeals within 24 hours by the fastest method available.

      This project will save us all enormous time and energy by not having to ship many unused records back and forth. We appreciate your efforts in making this project a success.

                                                                   Yours truly,

                                                                   Roseann B. MacKechnie
                                                                   Clerk

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Roseann B. MacKechnie  
Clerk of the Court

Frank J. Scardilli  
Senior Staff Counsel  
(212) 857-8760

---

**Soderlund v. Merigan**     No. 05-0720-cv

---

### TELEPHONIC PRE-ARGUMENT CONFERENCE NOTICE AND ORDER

For the convenience of out-of-town counsel, a telephonic PRE-ARGUMENT CONFERENCE has been scheduled for __March 14, 2005__ at __10:30 a.m.__

The conference should be initiated by appellant's counsel, who should first have all appellees' counsel on the line, and then call Staff Counsel at this conference line number: **(212) 857-8767.**

To effectuate the purposes of the Conference, the attorneys in charge of the appeal or proceeding are required to attend and must:

(1)     have full authority to settle or otherwise dispose of the appeal or proceeding;

(2)     be fully prepared to discuss and evaluate seriously the legal merit of each issue on appeal or review;

(3)     be prepared to narrow, eliminate, or clarify issues on appeal when appropriate.

Any other matters which the Staff Counsel determines may aid in the handling or the disposition of the proceedings may be discussed. Counsel may raise any other pertinent matter they wish at the Conference.

\*     **To insure that all parties have received notice of the scheduled pre-argument conference, counsel should confirm with each other the time and place of the conference at least 48 hours prior to the conference.**

\*\*     **Counsel are requested to call (212) 857-8760, upon receipt of this notice, in order to confirm.**

FOR THE COURT,  
Roseann B. MacKechnie, Clerk  
by

Date:_____

*Frank J. Scardilli* /ok  
Frank J. Scardilli  
Senior Staff Counsel

[Stamp: FILED MAR 01 2005, UNITED STATES COURT OF APPEALS SECOND CIRCUIT, Roseann B. MacKechnie, Clerk]

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| D.C.: | Dist. Of Connecticut, New Haven |
| D.C. #: | 01-cv-1918 |
| Judge: | Underhill |

Soderlund v. Merigan         No. 05-0720-cv



## CIVIL APPEAL SCHEDULING ORDER No. 1

A pre-argument conference has been scheduled for __March 14, 2005__ at __10:30 p.m.__ . Accordingly, the following scheduling order is hereby entered.

IT IS HEREBY ORDERED that the index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on or before __March 28, 2005__ . The documents constituting the record on appeal shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix shall be filed on or before __April 4, 2005__ .

IT IS FURTHER ORDERED that the brief of the appellee shall be filed on or before __May 4, 2005__ .

IT IS FURTHER ORDERED that the ten (10) copies of each brief shall be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of __June 20, 2005__ . All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by the appellant in filing the record on appeal or the appellant's brief and joint appendix, at the times directed, or upon default of the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, such appellee shall be subject to such sanctions as the court may deem appropriate.

FOR THE COURT,
Roseann B. MacKechnie, Clerk
by

Date:_____

Frank J. Scardilli
Senior Staff Counsel